

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 CASE NO:

ROSHELL CAMPBELL                                          17-12187-JDW

### ORDER CORRECTING ERROR IN CONFIRMED PLAN

THIS MATTER came before the Court on the request of the Trustee, and approval by the Debtor, to correct a scrivener's error in the confirmed Chapter 13 Plan (Dkt. #40). The request of the Trustee is hereby approved by the Court.

IT IS THEREFORE ORDERED that the confirmed Chapter 13 Plan (Dkt. #40) shall be corrected to reflect that the claim of Tower Loan shall be paid the value of $800.00 plus 5% interest pursuant to *Agreed Order on Tower Loan's Objection to Confirmation of Chapter 13 Plan (Dkt. #16, 26) and Debtor's Objection to Secured Claim of Tower Loan (Dkt. #11) and Debtor's Motion to Avoid Lien of Tower Loan (Dkt. #13)* (Dkt. #37).

### ### END OF ORDER ###

PREPARED & SUBMITTED BY:              APPROVED BY:

/s/ W. Jeffrey Collier                          /s/ Robert H. Lomenick, Jr.
W. Jeffrey Collier                               ROBERT H. LOMENICK, JR.
ATTORNEY FOR TRUSTEE                   ATTORNEY FOR DEBTOR
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com