# IN THE UNITED STATES BANKRUPTCY COURT
# IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                     BANKRUPTCY NO: 17-12187-JDW
**ROSHELL CAMPBELL**
**82 JACKSON DR**
**MICHIGAN CITY, MS 38647-**

## NOTICE AND MOTION TO DISMISS

     **COMES NOW**, Locke D. Barkley, the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

     **NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

     **WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

| | | |
|---|---|---|
| **DATED**: **09/20/2018** | Locke D. Barkley<br>Chapter 13 Trustee<br>P.O. Box 1859<br>Memphis, TN 38101-1859 | Locke D. Barkley<br>Chapter 13 Trustee<br>6360 I-55 North<br>Suite 140 |
| **AMOUNT DUE**: **$2,060.00**<br>(As of 9/19/2018 through the end of 9/2018)<br>Plus accruing payments | <br>**(PAYMENTS ONLY)** | Jackson MS 39211<br>(601) 355-6661<br>**(CORRESPONDENCE)** |

**DATE DUE**: **10/11/2018**

## CERTIFICATE OF SERVICE

     I, Locke D. Barkley, Standing Trustee, do hereby certify that I have electronically filed the foregoing with the Clerk of Court using CM/ECF system, and hereby further certify that I have served a copy of the foregoing upon the debtor(s), debtor's attorney of record and to the Office of the U.S. Trustee via electronic notice or mail.

**DATED: 09/20/2018**

                                                                                 /s/ Locke D Barkley
                                                                                 LOCKE D. BARKLEY
                                                                                  CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY

     SCHNELLER AND LOMENICK, P.A.
     P.O. BOX 417
     HOLLY SPRINGS, MS 38635-