**Fill in this information to identify the case:**

Debtor 1: Roshell Campbell

Debtor 2 (Spouse, if filing): ____

United States Bankruptcy Court for the: Northern District of Mississippi

Case number: 17-12187

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: 21st Mortgage Corp.

Court claim no. (if known): 2

Last 4 digits of any number you use to identify the debtor's account: 7 3 7 9

Date of payment change:
Must be at least 21 days after date of this notice: 11/01/2018

New total payment: $ 536.75
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____

   Current escrow payment: $ 129.72     New escrow payment: $ 130.99

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____

   Current interest rate: ____%     New interest rate: ____%

   Current principal and interest payment: $ ____     New principal and interest payment: $ ____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: ____

   Current mortgage payment: $ ____     New mortgage payment: $ ____

Debtor 1 __Roshell Campbell__     Case number (if known) __17-12187__
         First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ __/s/ Adam Emig__       Date __10/11/2018__
Signature

Print:   __Adam__        __Emig__        Title __Bankruptcy Coordinator__
         First Name   Middle Name   Last Name

Company  __21st Mortgage Corp.__

Address  __PO Box 477__
         Number   Street

         __Knoxville__          __TN__   __37901__
         City                    State   ZIP Code

Contact phone __800-955-0021__        Email __adamemig@21stmortgage.com__

21ST MORTGAGE CORPORATION
620 MARKET STREET
KNOXVILLE, TN 37902
TEL: 800-955-0021
NMLS# 2280 * FAX: 877-312-2100

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ROCHELLE M CAMPBELL
82 JACKSON DR
MICHIGAN CITY, MS 38647

This is a statement of actual activity in your escrow account from NOVEMBER 2017 through OCTOBER 2018. This Section provides last year's projections and compares it with the actual activity.

| | | | |
|---|---|---|---|
| Principal & Interest: | $405.76 | Principal & Interest: | $405.76 |
| Escrow Payment: | 129.72 | Escrow Payment: | 130.99 |
| Other: | .00 | Other: | .00 |
| TOTAL PAYMENT: | $535.48 | PAYMENT DUE: 11/01/18 | $536.75 |

### ACTUAL CURRENT YEAR ACTIVITY

| | Actual Payments To Escrow | Last Year Projected Payments To Escrow | Actual Payments From Escrow | Last Year Projected Payments From Escrow | Description | | Actual Escrow Balance | Projected Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | | 588.45- | 470.32- |
| 2017 / 11 | 247.85 | 129.72 | | | | * | 340.60- | 340.60- |
| 2017 / 12 | 129.72 | 129.72 | | | | | 210.88- | 210.88- |
| 2018 / 01 | 129.72 | 129.72 | | | | | 81.16- | 81.16- |
| 2018 / 01 | | | 208.88- | 223.23- | BENTON COUNTY TAX COLLECT | * | 290.04- | 304.39- |
| 2018 / 02 | 129.72 | 129.72 | | | | | 160.32- | 174.67- |
| 2018 / 03 | 129.72 | 129.72 | | | | | 30.60- | 44.95- |
| 2018 / 04 | | 129.72 | | | | * | | 84.77 |
| 2018 / 05 | 129.72 | 129.72 | | | | | 99.12 | 214.49 |
| 2018 / 06 | 129.72 | 129.72 | | | | | 228.84 | 344.21 |
| 2018 / 07 | 129.72 | 129.72 | | | | | 358.56 | 473.93 |
| 2018 / 08 | 129.72 | 129.72 | | | | | 488.28 | 603.65 |
| 2018 / 09 | | | 1101.00- | 1074.00- | Property Damage Insurance | * | 612.72- | 340.63- |
| 2018 / 09 | | 129.72 | | | | * | | 733.37 |
| 2018 / 10 | 259.44 | 129.72 | | | Anticipated Customer Pmt | * | 353.28- | 210.91- |
| Totals: | 1545.05 | 1556.64 | 1309.88- | 1297.23- | | | | |

$1,285.61 was paid into escrow by the borrower during the past computation year. Please note this figure may not include payments into escrow that are anticipated but have not yet been made.

An asterisk(*) indicates a difference from the previous estimate.

Last year, we anticipated that payments from your account would be made during this period equaling $1,297.23. Under federal law, your lowest monthly balance should not have exceeded $216.20 or 1/6 of anticipated payments from the account, unless your mortgage contract or state law specifies a lower amount. Under the mortgage contract and state law your lowest balance should not have exceeded $216.20.

Your actual lowest monthly balance was less than $216.20. The items with an asterisk on your Account History may explain this. If you want further explanation, please call our toll-free number.

ROCHELLE M CAMPBELL

PROJECTION OF NEXT YEAR ACTIVITY

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| | Payments To Escrow Acct | Payments From Escrow Acct | Description | Projected Balance |
|---|---|---|---|---|
| Starting Balance: | | | | 353.28- |
| 2018 / 11 | 130.99 | | | 222.29- |
| 2018 / 12 | 130.99 | | | 91.30- |
| 2019 / 01 | 130.99 | 208.88- | BENTON COUNTY TAX COLLECTOR | 169.19- |
| 2019 / 02 | 130.99 | | | 38.20- |
| 2019 / 03 | 130.99 | | | 92.79 |
| 2019 / 04 | 130.99 | | | 223.78 |
| 2019 / 05 | 130.99 | | | 354.77 |
| 2019 / 06 | 130.99 | | | 485.76 |
| 2019 / 07 | 130.99 | | | 616.75 |
| 2019 / 08 | 130.99 | | | 747.74 |
| 2019 / 09 | 130.99 | 1101.00- | Property Damage Insurance | 222.27- |
| 2019 / 10 | 130.99 | | | 91.28- |
| Totals: | 1571.88 | 1309.88- | | |

Your ending balance from the last month of the account history statement is $353.28-.
Your starting balance according to this analysis should be $87.32.
This means you have a deficiency of $353.28-. This deficiency may be collected from you over a period of 2 months or more unless the deficiency is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. 21st Mortgage has elected to collect the deficiency in 2 or more payments as a part of your monthly escrow payment as detailed above until the deficiency is collected.
After considering the deficiency, you still have a remaining shortage of $87.32. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 months deposit, in which case we have the additional option of requesting payment within 30 days. 21st Mortgage has elected to collect the shortage in 12 or more payments as a part of your monthly escrow payment as detailed above until the shortage is collected.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN
YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your monthly mortgage payment for the coming year will be $536.75 of which $405.76 will be for principal and interest and $130.99 will go into your escrow account.

Should you have any questions, any of our customer service representatives will be happy to help you at 1-800-955-0021.

Please be advised further that this letter constitutes neither demand for payment of the captioned debt nor a notice of personal liability to any recipient hereof who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE __Northern__ DISTRICT OF __Mississippi__

IN RE: ) CHAPTER: 13
__Roshell Campbell__, Debtor(s) ) CASE NO: __17-12187__
)
)

## CERTIFICATE OF SERVICE

I, __Adam Emig__, Bankruptcy Coordinator for 21st Mortgage Corporation, hereby certify that on the __11th__ day of __October__, 2018, a true and exact copy of __Notice of Mortgage Payment Change__ was served upon the following parties in this manner:

SERVICE BY ELECTRONIC MAIL:

Robert H. Lomenick, Jr.
P.O. Box 417
Holly Springs, MS 38635

Locke D. Barkley
6360 I-55 North, Suite 140
Jackson, MS 39211

SERVICE BY REGULAR MAIL:

Roshell Campbell
82 Jackson Dr
Michigan City, MS 38647

/s/ Adam Emig

21ST MORTGAGE CORPORATION